The People of the State of New York, Respondent, 
against
Angelo Rodriguez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J. at plea; Richard M. Weinberg, J. at sentencing), rendered November 26, 2012, convicting him, upon a plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Felicia A. Mennin, J. at plea; Richard M. Weinberg, J. at sentencing), rendered November 26, 2012, affirmed.
In view of defendant's knowing waiver of his right to prosecution by information, the accusatory instrument only had to satisfy the reasonable cause requirement (see People v Dumay, 23 NY3d 518 [2014]). So viewed, the accusatory instrument was jurisdictionally valid, since it described facts of an evidentiary nature establishing reasonable cause to believe that defendant was guilty of petit larceny (see Penal Law § 155.25), the offense to which defendant ultimately pleaded guilty. For purposes of our threshold, pleading-stage inquiry, the taking and asportation elements of the charged offense were satisfied by allegations that a loss prevention officer at a specified Macy's department store observed defendant remove one pair of shoes and one pair of sneakers from a display and "place said items inside a shopping bag" and "attempt to leave the store in possession of the property without paying for it" (see generally People v Olivo, 52 NY2d 309, 318-319 [1981]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 14, 2016